United States District Court

Eastern District of California

Dwain Miguel Arbo,

    Plaintiff,                  No. Civ. S 03-2527 LKK PAN P

  vs.                      Order

Shasta County Jail,

    Defendant.

-oOo-

    April 20, 2005, plaintiff filed a notice of change of address lacking a proof of service on defendant.  Plaintiff must notify defendant of his new address and, within 10 days, establish he has done so.

    So ordered.

    Dated:  May 10, 2005.

                              /s/ Peter A. Nowinski
                              PETER A. NOWINSKI
                              Magistrate Judge