United States District Court

Eastern District of California

Dwain Miguel Arbo,

     Plaintiff,                      No. Civ. S 03-2527 LKK PAN P

  vs.                               Order

Shasta County Jail,

     Defendant.

-oOo-

Plaintiff is a state prisoner prosecuting this civil rights action without counsel.  Good cause appearing, the jury trial set for February 14, 2006, is vacated, to be re-set in the pretrial order.

So ordered.

Dated:  December 27, 2005.

                                  /s/ Peter A. Nowinski
                                  PETER A. NOWINSKI
                                  Magistrate Judge