IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DWAIN MIGUEL ARBO,

    Plaintiff,                       No. CIV S-03-2527 LKK PAN P

    vs.

SHASTA COUNTY SHERIFF'S DEPARTMENT, et al.,

    Defendants.                FINDINGS & RECOMMENDATIONS

_____/

By order filed February 10, 2005, this court directed plaintiff to file a pretrial statement on or before November 4, 2005, and warned plaintiff that failure to file a pretrial statement may result in the imposition of sanctions, including dismissal with prejudice for failure to prosecute or judgment by default. Plaintiff has not responded to the court's order.[1] The court will therefore recommend that this action be dismissed without prejudice. See Fed. R. Civ. P. 16(f); Local Rule 11-110.

/////

---

[1] On July 25, 2005, plaintiff filed a document entitled "Opening Statement." However, that document contains plaintiff's theory of the case but does not address the requirements of Local Rule 16-281 nor comply with the court's February 10, 2005 scheduling order. Defendant Shasta County Sheriff's Department filed its pretrial statement on November 18, 2005.

1

1   IT IS HEREBY RECOMMENDED that this action be dismissed without
2   prejudice.  See Fed. R. Civ. P. 16(f); Local Rule 11-110.
3   These findings and recommendations are submitted to the United States District
4   Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty
5   days after being served with these findings and recommendations, any party may file written
6   objections with the court and serve a copy on all parties.  Such a document should be captioned
7   "Objections to Magistrate Judge's Findings and Recommendations."  The parties are advised that
8   failure to file objections within the specified time may waive the right to appeal the District
9   Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).
10  DATED: August 17, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

/001; arbo2527.fpt