IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DWAIN MIGUEL ARBO,

      Plaintiff,                      No. CIV S-03-2527 LKK EFB P

      vs.

SHASTA COUNTY SHERIFF'S DEPARTMENT, et al.,

      Defendants.            <u>ORDER</u>

      Plaintiff is a prisoner without counsel seeking relief for civil rights violations. *See* 42 U.S.C. § 1983. On November 21, 2006, the court found that plaintiff has failed to comply with Local Rule 83-182(f), which requires that a party appearing *in propria persona* inform the court of any address change, and recommended dismissal of this action. On December 7, 2006, plaintiff filed objections.

      Plaintiff asserts that he remains at his address of record yet has experienced difficulty in receiving his mail. Plaintiff asks that his CDC number be placed after his name on all future mail from the court. The court notes that his address of record contains plaintiff's CDC number.

////

////

1 | Good cause appearing, the November 21, 2006, findings and recommendations are
2 | VACATED.
3 | Dated: March 30, 2007.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE