IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DWAIN MIGUEL ARBO,

        Plaintiff,                    No. CIV S-03-2527 LKK EFB P

   vs.

SHASTA COUNTY JAIL, et al.,       ORDER

        Defendants.

                               /

      Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights action pursuant to 42 U.S.C. § 1983.  This matter came on for a trial confirmation hearing on October 9, 2007.  Plaintiff appeared on his own behalf and Monique Grandaw appeared as counsel for defendants.  The court heard from both parties and sustained defendants' objection to Undisputed Fact 5 in the tentative Pretrial Order.  Accordingly, the Pretrial Order will therefore be amended at page 2, lines 13 and 14, to read "At some point, defendants used force to restrain plaintiff.  At another point, plaintiff ran from defendants.  The chronology of events is in dispute."   With that modification, the pretrial order is now final.

/////

/////

/////

1

Trial is confirmed for December 11, 2007, at 10:30 a.m. in Courtroom #4 before the undersigned. A writ to secure plaintiff's attendance at trial will issue one month prior to trial.

So ordered.

DATED: October 10, 2007.

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT