IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DWAIN MIGUEL ARBO,

    Plaintiff,                    No. CIV S-03-2527 LKK EFB P

    vs.

SHASTA COUNTY JAIL, et al.,

    Defendants.             ORDER

_____/

    Plaintiff is a prisoner without counsel seeking relief for alleged civil rights violations. *See* 42 U.S.C. § 1983. Plaintiff has notified the Clerk of the Court of his intent to voluntarily dismiss this action.

    A plaintiff may dismiss an action without a court order at any time before the defendant serves an answer or motion for summary judgment. Fed. R. Civ. P. 41(a). Defendant has filed an answer and a motion for summary judgment. Accordingly, this action may only be dismissed by stipulation of the parties or pursuant to court order.

    On May 29, 2008, defendants notified this court that they have no objection and join in the request for dismissal of this action.

////

////

1

1  Accordingly, the court finds that the May 21 and May 29, 2008, filings constitute a
2 stipulation of dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).  The Clerk is directed to close
3 the case.
4 DATED: June 3, 2008.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE